AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

EDWAN THURMOND,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  **3:11-CV-00100-ECR-VPC**

DARIN COOL, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is **DISMISSED** with prejudice.

  April 7, 2011                                   **LANCE S. WILSON**
                                                                       Clerk

                                                         /s/ D. R. Morgan
                                                          Deputy Clerk