**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | |
|---|---|
| EDWAN THURMOND, | 3:11-cv-00100-ECR-VPC |
| Plaintiff, | |
| vs. | **Order** |
| DARIN COOL, ET AL., | |
| Defendant. | |

On January 9, 2012, the Magistrate Judge filed a Report and Recommendation (#17) recommending that Defendant Darin Cool's Motion to Dismiss (#10) be denied because Plaintiff's failure to exhaust administrative remedies was a result of intentional or inadvertent obstruction of his attempts to exhaust those remedies.  No objections were timely filed.  The Report & Recommendation (#17) is well taken, and is, therefore, **APPROVED AND ADOPTED**. Defendant's Cool's Motion to Dismiss (#10) is **DENIED**.

This matter is referred to the Magistrate Judge for purposes of issuing a Scheduling Order.

DATED: February 21, 2012.

_____
UNITED STATES DISTRICT JUDGE