```
                        ____ FILED         ____ RECEIVED
                        ____ ENTERED       ____ SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                                    DEC 1 0 2012

                              CLERK US DISTRICT COURT
                                DISTRICT OF NEVADA
                        BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| EDWAN THURMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-CV-00100-RCJ-VPC |
| v. | ) | |
| | ) | |
| DARIN COOL, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #39) entered on November 29, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #29). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #39).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #29) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 10th day of December, 2012.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE